UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUND ELECTRICAL
WORKERS HEALTHCARE TRUST, *et al.*,

    Plaintiffs/Judgment Creditors,

v.

SHAMP ELECTRICAL CONTRACTING, INC.,

    Defendant/Judgment Debtor,

FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION,

    Garnishee.

NO. MC19-0033RSL

ORDER DECLINING TO ENTER JUDGMENT ON GARNISHEE ANSWER

This matter comes before the Court on Judgement Creditors' "Motion for Judgment on Answer of Garnishee Defendant." Dkt. # 6. The writ was not served on the Judgment Debtor by certified mail or personal service, as is required by RCW 6.27.130(1). In addition, although the Judgment Creditors request recovery of costs and attorney fees in the amount of $500.00, that amount includes estimated costs of personal service: the record shows that the Judgment Debtor and the Garnishee Defendant received notice of this action by priority mail. Dkt. # 5.

ORDER DECLINING TO ENTER
JUDGMENT - Page 1

The Court declines to enter judgment as requested.

Dated this 16th day of April, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
Unites States District Judge