Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST; PUGET SOUND ELECTRICAL WORKERS PENSION TRUST; PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST; NATIONAL ELECTRICAL BENEFIT FUND; and LABOR MANAGEMENT COOPERATION TRUST,

Plaintiffs,

v.

SHAMP ELECTRICAL CONTRACTING, INC.,

Defendant,

FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION,

Garnishee.

Case No. 2:19-mc-00033 RSL

ORDER VACATING WRIT OF GARNISHMENT

This matter is before the Court on the motion of the Plaintiff Puget Sound Electrical Workers Trust Funds (the "Trust Funds") to return garnished funds to Defendant Shamp Electrical Contracting, Inc. ("Shamp") via the garnishee, First Federal Savings and Loan Association.

1 | The Court has considered the motion, as well as the pleadings, files, and court records in this matter. Being otherwise advised, the Court ORDERS:

    1. The Trust Funds' motion is GRANTED;

    2. The writ of garnishment (Dkt. #3) is canceled;

    3. Garnishee First Federal Savings and Loan Association is directed to promptly return the $171.14 held pursuant to the writ of garnishment to Defendant Shamp Electrical Contracting, Inc.; and

    4. The Clerk of Court shall close the case.

Dated this 18th day of April, 2019.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Judge

ORDER VACATING WRIT OF GARNISHMENT– 2
2:19-mc-00033 RSL

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

6900 013 ud171602